IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02202-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on November 13, 2015 (ECF No. 12) and Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 3 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on November 15, 2015 (ECF No. 13), it is

ORDERED that Defendants John Doe 7 and John Doe 3 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 16, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge