IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02202-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

  Plaintiff,

v.

JOHN DOES 1-2, 4-6, 8-16,

  Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 8 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on November 23, 2015 (ECF No. 15), it is

ORDERED that Defendant John Doe 8 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

  Dated:  December 1, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge