IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02202-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-2, 4-6, 9-16,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 11 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 6, 2016 (ECF No. 17), it is

ORDERED that Defendant John Doe 11 is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  January 6, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge