IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02202-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 4-6, 9-10, 12-16,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe Number 1, John Doe Number 10, John Doe Number 12, John Doe Number 14 and John Doe Number 16 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on March 8, 2016 (ECF No. 27), it is

ORDERED that Defendants John Doe 1, 10, 12, 14, and 16 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  March 9, 2016

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge