IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02202-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 4-6, 9, 13, 15,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe Number 9 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 29) and Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 6 and John Doe 13 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (30) filed on March 11, 2016, it is

ORDERED that Defendant John Doe 9 is **DISMISSED WITH PREJUDICE.**  It is

FURTHER ORDERED that Defendant John Doe 6 and John Doe 13 are **DISMISSED WITHOUT PREJUDICE**.  Defendants 6, 9, and 13 shall hereafter be taken off the caption.

Dated:  March 14, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge