IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02202-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

THOMAS M. BRUMMET, previously identified as John Doe 15,

    Defendant.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Thomas M. Brummet and the Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 40), it is

ORDERED that Defendant Thomas M. Brummet and this action are **DISMISSED WITHOUT PREJUDICE.**

Dated:  April 4, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge